No. 103. JOHN E. HEAVNER ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF ELKINS. In error to the Supreme Court of Appeals of the State of West Virginia. Argued December 5, 8, 1913. Decided December 15, 1913. *Per Curiam.* Judgment affirmed with costs. *Schaefer* v. *Werling*, 188 U. S. 516; *Detroit* v. *Parker*, 181 U. S. 399, etc. *Mr. A. R. Stallings* and *Mr. Jas. A. Bent* for the plaintiffs in error. *Mr. R. H. Allen* for the defendant in error.